**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                         Chapter 13
SALVATORE  LAWRENCE FUSCO


                    Debtor              Bankruptcy No. 21-12212-MDC

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.



November 4, 2021

_____
                              Magdeline D. Coleman
                              Chief U.S. Bankruptcy Judge

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Debtor's Attorney:
ERIK MARK HELBING
1328 SECOND AV
BERWICK, PA 18603-

Debtor:
SALVATORE  LAWRENCE FUSCO
1100 CHESTNUT STREET
DARBY, PA 19023